THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO SFAMURRI, Appellant.— Defendant appeals from a judgment of the County Court of Westchester County convicting him on two consolidated indictments, each charging a violation of section 483-a of the Penal Law. He was sentenced to State prison for a term of four to ten years on each indictment, the sentences to run concurrently. Judgment modified on the facts by reducing the sentence to a term of two to four years on each indictment, the sentences to run concurrently. As thus modified, the judgment is unanimously affirmed. In our opinion the evidence amply supports the conviction. The sentence, however, was excessive. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN H. WINTHROP, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB NELSON, Appellant.— Defendants appeal from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting them of a violation of section 986 of the Penal Law (book-making). In each case, judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

QUEENSBORO FARM PRODUCTS, INC., Appellant, v. EMPIRE MILK TRUCKING CORPORATION, Respondent, et al., Defendants.— Order granting respondent's motion to change the place of trial of an action to foreclose a chattel mortgage from Queens County to Oneida County, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

RENNER & MARAS, INC., Respondent, v. RAYMOND H. KING, Appellant.— Appeal by defendant from an order insofar as it denies demands for further particulars in respect of certain items of personal property claimed to have been the subject of conversion by the defendant. Order insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.